UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAS FORWARDING (USA), INC.,

                Plaintiff,

v.

MEDITERRANEAN SHIPPING COMPANY
(USA) INC. and MEDITERRANEAN
SHIPPING COMPANY S.A.,

                Defendants.

**ORDER**

19 Civ. 9741 (ER)

RAMOS, D.J.

      On October 22, 2019, JAS Forwarding (USA), Inc. ("JAS"), brought this action against Mediterranean Shipping Company (USA) Inc. and Mediterranean Shipping Company S.A. ("Defendants"), alleging, *inter alia*, breach of contract of under the Carriage of Goods by Sea Act.  Doc. 1.  On March 6, 2020, Defendants answered and brought counterclaims.  Doc. 13.  On May 1, 2020, pursuant to stipulation, Defendants filed their amended answer and counterclaims.  Doc. 18.  The parties thereafter filed several stipulations extending JAS' time to respond to Defendants' counterclaims.  Docs. 19, 21, 23, 25.  On July 24, 2020, the parties requested that the Court stay this matter pending settlement discussions.  Doc. 27.  That same day, the Court approved the request and directed the parties to submit a status report within six months.  Doc. 28.

      To date, the parties have not submitted any status report or otherwise communicated with the Court.  The parties are therefore directed to submit a status report by **August 23, 2021.**

      It is SO ORDERED.

Dated: August 16, 2021
       New York, New York

                                          Edgardo Ramos, U.S.D.J.